UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-1554-PAB

SHANE SCOFIELD, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

DEBT USA LLC,

    Defendant.

## PLAINTIFF'S UNOPPOSED MOTION TO ALLOW DEFENDANT AN EXTENSION OF TIME TO ANSWER THE COMPLAINT

Plaintiff Shane Scofield, by and through undersigned counsel, hereby submits this Unopposed Motion to Allow Defendant an Extension of Time to Answer the Complaint, and states as follows:

### Certification of Compliance with D.C.COLO.LCivR 7.1(a)

Undersigned counsel certifies that on June 24, 2024, the parties conferred on the relief requested herein and Plaintiff stated that Defendant does not oppose such relief.

### Motion

1.    Plaintiffs served the Complaint in this action on Defendant on June 6, 2024, making Defendant's Answer to the Complaint due June 27, 2024.

2. Upon service, Defendant has been diligently researching the claims set forth in the Complaint in the interest of determining whether settlement is a viable option or whether litigation is necessary.

3. Plaintiffs and Defendant have been in discussion concerning the claims in the Complaint as well as the potential for settlement. However, Defendant has not yet completed its own internal investigation.

4. Defendant has requested additional time from Plaintiff to complete that investigation before answering the Complaint.

5. Under Section I.G. of this Court's Civil Practice Standards, parties must show good cause for an extension of time. Good cause exists here, as if Defendant is granted the opportunity to complete its preliminary investigation, the parties may be able to settle this case without the need for further litigation and use of judicial resources.

6. Defendant has informed Plaintiff that an additional 25 days will be sufficient for Defendant to complete its investigation and determine whether settlement is the prudent course of action in this litigation.

7. WHEREFORE, Plaintiff Shane Scofield respectfully requests that this Court enters an Order granting this Motion and extending the Defendant's deadline to Answer the Complaint up to and including July 22, 2024.

Respectfully submitted this 24th Day of June 2024

Respectfully submitted,

*/s/ Anthony I. Paronich*
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff and proposed class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 24, 2024, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO ALLOW DEFENDANT AN EXTENSION OF TIME TO ANSWER THE COMPLAINT** was served on all parties of record via CM/ECF.

*/s/ Anthony I. Paronich*

3